# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SALLY LOVELAND, et al.,** | : | |
| Plaintiffs, | : | 20-cv-6260-JMY |
| | : | |
| v. | : | |
| | : | |
| **FACEBOOK, et al.,** | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 3rd day of May, 2021, upon consideration of the Motion to Transfer Venue filed by Facebook (ECF No. 12), the Joint Motion to Transfer Venue filed by all of the other named Defendants (ECF No. 14), all papers submitted in support thereof and in opposition thereto, and for the reasons set forth in the Memorandum filed by this Court, it is hereby ORDERED that the Clerk of Court shall transfer this action to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a).

It is further ORDERED that this matter shall be marked CLOSED.


BY THE COURT:

　/s/ John Milton Younge　
Judge John Milton Younge