BRADFORD L. GEYER (*pro hac vice*)
Brad@FormerFedsGroup.com
FORMERFEDSGROUP.COM LLC
2006 Berwick Drive
Cinnaminson, NJ 08077
Telephone:  (856) 607-5708

ROB HENNIG
rob@employmentattorneyla.com
HENNIG KRAMER RUIZ & SINGH, LLP
3600 Wilshire Blvd, Suite 1908
Los Angeles, CA 90010
(213) 310-8301 phone
(213) 310-8302 fax

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SALLY LOVELAND, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>FACEBOOK, INC., et al., | Case No. 3:21-cv-03300-CRB<br><br>Hon. Charles R. Breyer |

# MOTION TO DISMISS

## AND TO CONTINUE STAY ON ANTITRUST CLAIMS

1. Pursuant to the stipulation and order on severance dated 6/25/2021, Plaintiffs were required to file two new complaints by July 26, 2021, one containing Plaintiffs' antitrust claims ("antitrust complaint") and one containing Plaintiffs' Constitutional, RICO, and state law claims ("misinformation complaint").

2. Plaintiffs have filed an antitrust complaint today and will wait for a ruling on consolidation of related claims before Judge Koh in the San Jose Division of the Northern District of California (*see Klein v. Facebook*, No. 5:20-cv-08570.

3. Plaintiffs have notified Defendants that they are dismissing the remaining claims pending before this Court without prejudice pursuant to Federal Rule of Civil Procedure 41(A)(1)(a) as to all Defendants.

ACCORDINGLY, the Plaintiifs, move that:

(1) The Court stay Plaintiff's antitrust complaint until a ruling on consolidation of related claims before Judge Koh in the San Jose Division of the Northern District of California (*see Klein v. Facebook*, No. 5:20-cv-08570); and

(2) Dismiss the remaining Constitutional, RICO, and state law claims in the pending Complaint as to all Defendants without prejudice.

Respectfully Submitted,

Dated: July 26, 2021

FORMERFEDSGROUP.COM LLC

By:  */s/ Brad Geyer*

BRADFORD L. GEYER

HENNIG KRAMER RUIZ & SINGH, LLP

By:  */s/ Rob Hennig*

ROB HENNIG

*Attorneys for Plaintiffs*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing. Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: July 26, 2021                By:   */s/ Brad Geyer*
                                                Bradford L. Geyer (pro hac vice)

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that:

(1) The Plaintiff's antitrust complaint is stayed pending a ruling on consolidation of related claims by Judge Koh in the San Jose Division of the Northern District of California (*see Klein v. Facebook*, No. 5:20-cv-08570); and

(2) The remaining Constitutional, RICO, and state law claims are dismissed as to all Defendants without prejudice.

DATED: _____       By: _____

                                                                         Hon. Charles R. Breyer

                                                                         United States District Judge