United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAXIMILIAN KLEIN, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FACEBOOK, INC.,<br><br>　　　　Defendant. | Case No. 20-CV-08570-LHK<br><br>**ORDER GRANTING MOTION TO RELATE**<br><br>Re: Dkt. No. 131 |

The Court GRANTS Facebook's motion to relate *Loveland v. Facebook, Inc.*, No. 21-CV-03300-CRB (N.D. Cal. filed May 4, 2021), to the above captioned case, ECF No. 131. The Court consolidates *Loveland v. Facebook* with the above captioned case.

**IT IS SO ORDERED.**

Dated: August 26, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 20-CV-08570-LHK
ORDER GRANTING MOTION TO RELATE